Scott Armendariz
Name and Prisoner/Booking Number

Gila County Jail
Place of Confinement

P.O Box 311
Mailing Address

Globe Az 85502
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 5 2015

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Scott Jordan Armendariz          )
(Full Name of Plaintiff)          )
            Plaintiff,            )     **CV-15-00016-PHX-DGC(BSB)**
                                  )
            vs.                   )     CASE NO. _____
                                  )         (To be supplied by the Clerk)
(1) C.A. Long (Pinal County)     ,)
(Full Name of Defendant)          )
                                  )
(2) Natalie Huddleston           ,)
                                  )
                                  )     **CIVIL RIGHTS COMPLAINT**
(3) J. McCarley Bdg# 2022        ,)     **BY A PRISONER**
                                  )
                                  )
(4) Paul Babeau                  ,)     ☒ Original Complaint
            Defendant(s).         )     ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☒ Other: __AS REQUIRED__

2. Institution/city where violation occurred: __Pinal County / Near Eloy AZ__

Revised 5/1/2013                           1                              **550/555**

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __7.1(b)(1)__
                (Rule Number/Section)

## B. DEFENDANTS

1. Name of first Defendant: C.A. LONG. The first Defendant is employed as: PINAL COUNTY ATTORNEY at _____.
   (Position and Title) (Institution)

2. Name of second Defendant: NATALIE HUDDLESTON. The second Defendant is employed as: DEPUTY COUNTY ATTORNEY at _____.
   (Position and Title) (Institution)

3. Name of third Defendant: J. MCCARLEY. The third Defendant is employed as: PINAL COUNTY SHERIFFS OFFICE at _____.
   (Position and Title) (Institution)

4. Name of fourth Defendant: PAUL BABEAU. The fourth Defendant is employed as: PINAL COUNTY SHERIFF at _____.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? 1. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: Scott ARMENDARIZ v. LYNN T. HAMILTON
      2. Court and case number: AZ DISTRICT COURT / CV-14-02739-PHX-DGC (BSB)
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) PENDING

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: <u>IN A CLEAR VIOLATION OF Plaintiff's 14th ADMENDMENT GUARENTEE, the DEFENDANTS EXHIBITED Prosecutional MISFEASANCE.</u>

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: <u>PREJUDGEMENTAL attitude</u>

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   <u>AS A RESULT OF PRESUMPTION OF GUILT RATHER THAN INNOCENCE THE DEFENDANTS ARRESTED AND MANIPULATED EVIDENCE TO CONVICT ME OF MY CHARGES. THIS BRUTALIZED ME AND MY FAMILY AND REQUIRES REMEDIATION</u>

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   <u>DAFAMATION OF CHARACTER. FAMILY HUMILIATION FOR ARREST, CONVICTION AND INCARCERATION</u>

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## E. REQUEST FOR RELIEF

State the relief you are seeking:
1) WRITTEN APOLOGY by EACH DEFENDANT to plaintiff by CERTIFIED MAIL.
2) COMPENSATORY DAMAGES IN THE AMOUNT OF $41,850.US
3) PUNITIVE DAMAGES IN THE AMOUNT OF $900,060.US

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 30th DAY of DEC 2014
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# Martin Leonard Feldman

Utilizing my career of Federal Aquisition Regulation consulting to provide the benefits f this experience to potential and established supply and services providers.

## Educational History

- 1966 Ohio State University B.Sc.Edu
- 1968 Catholic University of America M.T.S.
- 1973 St. Johns Univeristy Professional Diploma
- 1975 St. Johns University Ph.D. (ABD)
  Disertation: Comparison of case law vs statuatory law and impact on public policy.
  VSV: Brown vs The Board of Education (1954) and Family Educational Rights and Privacy Act. (1968).
- 1982 Hostra University C.P.C.M
- 1983 Federal Contract Administrative License
- 1966 State of Ohio Permanent High School Social Studies Teaching Licenses
- 1968 State of New York School Administrator Supervisor License (Principal License)
- 1975 State of New York School District Administrator License (Superintendant License)

## Professional History

- 1976: Jefferson Fellowship The White House
  President Gerald R. Ford

- 1981- Present The Public Sector
  Principal Consultant
  Federal Constract Administration

*[Handwritten note:]* "TO WHOM IT MAY CONCERN: I HAVE REVIEWED FADSRAR 550/555 ATT. AND FND IT LEGAL WORTHY."



CHRISTINE J. DUARTE
Notary Public - State of Arizona
GILA COUNTY
My Commission Expires
October 19, 2016